RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*Dawn A. Penn
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Dawn_Penn@fd.org

*Attorney for Petitioner Roberto Moya

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Roberto Moya,

        Petitioner,

    v.

John Mattos, *et al.*,

        Respondents.

Case No. 2:26-cv-00675-APG-DJA

**Stipulation and Order for Extension of Time to File Reply in Support of First Amended Petition**

**(Second Request)**

    Petitioner Roberto Moya and Respondents, through their undersigned counsel, hereby stipulate and jointly request that the court extend the due date for Petitioner's Reply in support of his first amended petition by fourteen days, up to and including May 8, 2026. This is the second request for an extension of time.

Petitioner Roberto Moya filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on March 11, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Mr. Moya on March 11, 2026.[2] Undersigned counsel appeared on March 18, 2026.[3] This Court directed the FPD to file an amended petition within 14 days from the date of entering notice of appearance.[4] Therefore, Mr. Moya filed his amended petition on April 1, 2026.[5] The Respondents filed their response on April 15, 2026.[6] Thereby making Mr. Moya's Reply due on April 22, 2026. For the reasons explained below, the parties now enter into this Stipulation requesting a short two-day extension of time for Petitioner to file his Reply.

Counsel for Petitioner has been diligently working on finalizing Mr. Moya's Reply. While drafting the Reply, Counsel learned that there are no documents relating to Mr. Moya's bond hearing that took place on April 16, 2026. Counsel has requested the documents related to the bond hearing and is waiting to receive them. However, Counsel will be on leave from April 27, 2026, to May 1, 2026, and returns to the office on May 4, 2026. Counsel requires an extension of fourteen days to receive the documentation, review it, and complete the Reply. This extension will allow counsel to thoroughly complete the Reply while also taking into consideration her other case obligations and deadlines.

Undersigned counsel and counsel for Respondents, James R. Sweetin, have conferred regarding the need for an extension of time to file the Reply and agree on

---

[1] ECF No. 4.

[2] ECF No. 3.

[3] ECF No. 6.

[4] ECF No. 3.

[5] ECF No. 7.

[6] ECF No. 9.

the proposed extension of fourteen days. This request is not sought for the purpose of delay but in the interest of justice and the interest of the Petitioner.

Dated: April 23, 2026

Respectfully submitted,

Sigal Chattah
United States Attorney

Rene L. Valladares
Federal Public Defender

/s/ *James R. Sweetin*
James R. Sweetin
Assistant United States Attorney

*/s/ Dawn A. Penn*
Dawn A. Penn
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED:  April 24, 2026

3