Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Dawn A. Penn
Assistant Federal Public Defender
Texas State Bar No. 24138012
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Dawn_Penn@fd.org

*Attorney for Petitioner Roberto Moya

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Roberto Moya,<br><br>          Petitioner,<br><br>      v.<br><br>Mattos, *et al.*,<br><br>          Respondents. | Case No. 2:26-cv-00675-APG-DJA<br><br>**ORDER GRANTING**<br><br>**Unopposed Motion for Extension of Time** |

Mr. Moya respectfully moves this Court for an extension of time of 3 days, from May 8, 2026, up to and including May 11, 2026, in which to file his Reply to Response to amended petition.

POINTS AND AUTHORITIES

Counsel for Mr. Moya respectfully requests an extension of time of 3-days to file the reply to response to amended petition, up to and including May 11, 2026. This is the third request for an extension of time on this pleading.

Mr. Moya filed his pro se amended petition on March 11, 2026. ECF No. 4. The Federal Public Defender was appointed to represent Mr. Moya on March 11, 2026. ECF No. 3. Undersigned counsel entered her appearance on March 18, 2026. ECF No. 6. The reply to response to amended petition is currently due on May 8, 2026.

The reply in support of the first amended petition is drafted. However, more time is needed to complete the pleading due to defense counsel's exceptionally busy schedule. Since the last request for time, defense counsel was on leave from April 25, 2026, to May 1, 2026; had three one-hour video visits on May 6; had two supervised release revocation hearings and represented misdemeanor initial appearances on May 7; had five one-hour video visits and filed a supplemental motion for compassionate release as well as an opposition to a motion to dismiss for a state habeas petition on May 8.

The additional amount of time would allow for the pleading to be completed. This motion is not filed for the purpose of unnecessary delay, but in the interests of justice, as well as Mr. Moya's interest. Respondents notified counsel by email on May 8, 2026, that there is no objection to this request.

//

//

//

2

For the reasons stated above, Mr. Moya respectfully requests this Court to grant the requested extension for filing his reply to response amended petition by 3 days, up to and including May 11, 2026.

Dated May 8, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Dawn A. Penn*

Dawn A. Penn
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:___May 11, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3